IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., ) | |
| ) | C/A No. 0:11-2436-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Chef Tejano, LLC d/b/a Sammy's Bar & ) | |
| Grill and Samuel Cantu, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     This court having been advised that Defendant Samuel Cantu filed a bankruptcy petition on April 26, 2012, it is ordered that the court's June 4, 2012 judgment against Defendant Cantu is vacated, without prejudice, as to Defendant Cantu only. Furthermore, it is ordered that the proceedings in this action be, and they hereby are, stayed, and the Clerk is directed to statistically stay the action. This court retains jurisdiction in this matter, and, upon motion to reopen by either party, this case will be restored to its rightful place on the trial roster at that time.

     **IT IS SO ORDERED**.

/s/ Margaret B. Seymour
Chief United States District Judge

Columbia, South Carolina

August 20, 2012